# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0048.  MILAN PATEL et al. v. RAJA GROUP NC, LLC et al.**

In this derivative action, the trial court issued an order denying the defendants' motion for summary judgment on August 26, 2019, and certified its order for immediate review on August 30, 2019.  The defendants then filed this application for interlocutory appeal on September 10, 2019.  We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  OCGA § 5-6-34 (b) also requires that the applicant file the application for interlocutory appeal within ten days after entry of the certificate of immediate review.  Here, however, the defendants filed their application 11 days after the trial court issued its certificate of immediate review. Accordingly, the defendants' application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/02/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*